U.S. Department of Justice

*United States Attorney*

*District of Delaware*

---

*Patricia C. Hannigan*
*Direct Dial: 302-573-6277x156*
*Facsimile: 302-573-6643*

*1007 Orange Street*
*Suite 700*
*Wilmington, Delaware 19899-2046*
*(302) 573-6277*

May 9, 2006

U.S. District Court
Attn: Intake Desk
844 N. King Street
Wilmington, DE 19801

    Re:   <u>United States v. Timothy Wong, M.D.</u>

Dear Sir/Madam:

    Enclosed for filing is a certified copy of a Judgment by Default regarding the above referenced individual.

    Pursuant to the authority provided in Public Law 102-408, Section 707(h)(3), we request you register this Judgment in the U.S. District Court. Please also advise us of the docket number assigned by so indicating on the attached copies which we also request be date-stamped and returned to this office.

    If you have any questions, please contact Renee A. Austin, Paralegal Specialist, at 302-573-6277.

    Thank you for your cooperation and assistance in this matter.

    Very truly yours,

    COLM F. CONNOLLY
    United States Attorney

By:   */s/ Patricia C. Hannigan*
    PATRICIA C. HANNIGAN
    Assistant U.S. Attorney
    Delaware Bar I.D. No. 2145

Enclosure

File No. 2006Z00038

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : MISCELLANEOUS NO. |
| TIMOTHY WONG, M.D., | : |
| Defendant | : |

**PRAECIPE TO FILE CERTIFIED JUDGMENT**

TO THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Please file the attached Certified Assignment of Judgment in the District Court for the District of Delaware in favor of the United States of America, Plaintiff, and against **TIMOTHY WONG, M.D.**, defendant, originally entered as Case No. 200-02-050, on September 26, 2000, in the Court of Common Pleas of the State of Delaware, New Castle County, Delaware, in the amount of $13,905.18, which is the amount of judgment, indicating treatment of interest, court costs, and attorney's fees, plus interest from the date of Judgment at the rate of 7.625% computed daily and compounded annually until paid in full, plus costs of suit, the balance being $19,539.55 as of May 9, 2006.

COLM F. CONNOLLY
United States Attorney

By: PATRICIA C. HANNIGAN
Assistant United States Attorney
Delaware Bar I.D. No. 2145

CT OF COMMON PLEAS/NEW CASTLE                    ACCOUNT NUMBER: 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-1
1000 N KING ST STE
14
WILMINGTON          DE   19801-3334


Dear CT OF COMMON PLEAS/NEW CASTLE,                    01/03/01

## ASSIGNMENT OF JUDGMENT

I, EDWARD SARACINO, representing the Student Loan
Marketing Association/Loan Servicing Center/Pennsylvania (Sallie Mae) of
220 Lasley Avenue, City of Wilkes-Barre, County of Luzerne, State of
Pennsylvania, in consideration of the sum of $13905.18, receipt of
which is acknowledged, paid to me by the United States of America, the
assignee, hereby assign the judgment, recovered by Sallie Mae
on 09/26/00, docketed in NEW CASTLE, Case No. 200-02-050,
against  TIMOTHY WONG,  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-1, for
$13905.18 (amount of judgment, indicating treatment of interest,
court costs, and attorney's fees, if appropriate).

Assign or authorizes the United States of America to ask, demand, and
receive, and to sue out executions and take all lawful ways for recovery
of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the
United States of America from enforcing this judgment.

The Servicing Center/Pennsylvania address is:  P.O. Box 9400,
Wilkes-Barre, PA 18733-9400.  Phone:  (570) 821-3600.

The DHHS address is: Department of Health and Human Services, Debt
Management Branch, 5600 Fishers Lane, Room 2-B-60, Rockville, MD  20857,
(301) 443-1782.

I have executed this assignment at Loan Servicing Center/Pennsylvania
the  03 of JANUARY, 2001.

_____
(Signature)

Sworn before me this  4th  day of  Jan  , 2001 .

___Edward Saracino___     Affiant  X  is known to me personally
                                  ___ provided valid identification
                                  Type of identification provided:

My commission expires  040703  .   _Nancy A. Sborz_
                                   NOTARIAL SEAL
                                   NANCY A. SBORZ, Notary Public
                                   Hanover Twp., Luzerne County
                                   My Commission Expires April 7, 2003

PHONE (800) 251-4127   •   FAX (800) 848-1949   •   TDD/TTY (888) 833-7562   •   24 HRS/7 DAYS

081568057156310794

L100    LPEJS0    4880

STATE OF DELAWARE )
)SS.
NEW CASTLE COUNTY )

I, Sharon Agnew, Prothonotary of the Superior Court of the State of Delaware, in and for New Castle County, do hereby certify that the foregoing contains a true copy of:

**00J-10-057   I-19-018 AND THE UNDERLYING DOCKET ENTRIES WHICH WERE RECORDED ON 10/05/2000.**

in the case there stated as the same now remains of record in the Superior Court of the State, at Wilmington.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the said Court, this **2ND** day of **APRIL** A.D. 2002.

_Sharon Agnew_
Prothonotary

STATE OF DELAWARE )
)SS.
NEW CASTLE COUNTY )

I, Richard R Cooch, Resident Judge of the Superior Court in and for New Castle County of the said State, do hereby certify that the foregoing record and attestation made by Sharon Agnew, Prothonotary of the said Court, whose name is hereto subscribed, and to which the seal of said Court is affixed, are in due form and made by the proper officer.

IN TESTIMONY WHEREOF, I hereunto set my hand this **2ND** day of **APRIL** A.D. 2002.



_Richard R Cooch_
Resident Judge

STATE OF DELAWARE )
)SS.
NEW CASTLE COUNTY )

I, Sharon Agnew, Prothonotary of the Superior Court of the State of Delaware, in and for New Castle County, do certify that the Honorable Richard R. Cooch, by whom the foregoing attestation was made, and whose name is hereto subscribed; was at the time of making thereof and still is Resident Judge of Superior Court of New Castle County of the said State, duly commissioned and sworn, to all whose acts as such, full faith and credit are, and ought to be, given, as well in Courts of Justice as elsewhere.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the said Court this **2ND** day of **APRIL** A.D. 2002.



_Sharon Agnew_
Prothonotary

CLOCK-IN COPY

IN THE COURT OF COMMON PLEAS OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

SALLIE MAE SERVICING CORPORATION )
)
)
)   C.A. No. 2000-02-050
Plaintiff, )
)
v. )
)
TIMOTHY WONG )
)
)
)
)
Defendant(s). )

### DIRECTIONS FOR ENTRY
### OF JUDGMENT BY DEFAULT
### AS TO TIMOTHY WONG

The defendant, Timothy Wong in the above case, having failed to appear, plead, or otherwise defend, as by the rules of this court, the plaintiff, by Stephen P. Doughty, its attorney, annexes an affidavit and directs the entry of judgment for the amount shown as follows:

**FIRST COUNT**

| | |
|---|---|
| Debt | $5,720.32 |
| 7.625% Percent Interest As Of March 31, 2000 | 862.56 |
| Attorney's Fee | 1,430.08 |
| TOTAL | $8,012.96 |

98-07950-0/DLD

CLOCK-IN COPY

Plus court costs and post-judgment interest at 7.625% per annum until satisfied.

### SECOND COUNT

| | |
|---|---:|
| Debt | $6,362.79 |
| 7.625% Percent Interest As Of March 31, 2000 | 959.51 |
| Attorney's Fee | 1,590.69 |
| TOTAL | $8,912.99 |

Plus court costs and post-judgment interest at 7.625% per annum until satisfied.

### TOTAL JUDGMENT

| | |
|---|---:|
| Total Debt | $12,083.11 |
| Total Interest | 1,822.07 |
| Attorney's Fee | 3,020.77 |
| TOTAL | 16,925.95 |

Plus court costs and post-judgment interest at the above stated rates per annum until satisfied.

LYONS, DOUGHTY & VELDHUIS, P.C.
1148 Pulaski Highway
PMB 313
Bear, Delaware 19701
(302) 428-1670
Attorneys for Plaintiff

DATED: 4-5-00

BY: _____
Stephen P. Doughty

98-07950-0
March 31, 2000
JD7.fxm

```
                    COURT OF COMMON PLEAS - NEW CASTLE COUNTY
                              AS OF 10/03/2000                    PAGE     1

00-02-050
FILED    February 03,2000          COURT OF COMMON PLEAS CASE   -    FILED
JUDGE
```

                                                                      FILED
                                                                   2000 OCT -5 AM 9:39
                                                                   PROTHONOTARY

DOUGHTY STEPHEN P.         SALLIE MAE SERVICING
                           CORPORATION
                                    -- VS --
                           TIMOTHY WONG

| Date | |
|---|---|
| 02/03/2000 | INITIAL COMPLAINT & PRAECIPE FILED |
| 02/03/2000 | SUMMONS (         ) ISSUED FOR SERVICE AS TO TIMOTHY WONG BY SPS DELACY |
| 03/06/2000 | WRIT OF (       ) SUMMONS RETURNED SHOWING PERSONAL SERVICE AS TO TIMOTHY WONG ON 3/4/00. |
| 04/13/2000 | 04/13/2000 PLAINTIFF(S) ATTORNEY FILED AN AFFIDAVIT/MOTION FOR ENTRY OF DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF(S) FOR WANT OF AN ANSWER BY DEFENDANT(S) TIMOTHY WONG<br>DEFAULT JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFF(S) AND AGAINST THE ABOVE NAMED DEFENDANT(S) AS FOLLOWS:<br>PRINCIPAL $ 5,720.32__INTEREST $ 862.56<br>ATTORNEYS FEES $ 1,430.08    COURT COSTS $<br>TOTAL $ 8,012.96 |
| 04/13/2000 | ATTORNEY FOR JUDGMENT CREDITOR FILED A REQUEST TO TRANSFER JUDGMENT TO THE SUPERIOR COURT |
| 05/02/2000 | TRANSCRIPT ISSUED AND DELIVERED TO PROTHONOTARY AS TO DEFENDANT(S) TIMOTHY WONG |
| 08/09/2000 | MOTION AND ORDER FOR REMANDING CASE BACK TO COURT OF COMMON PLEAS IN ORDER TO AMEND THE DEFAULT JUDGMENT - COMES NOW,THE PLAINTIF,SALLIE MAE SERVICING CORPORATION BY AND THROUGH ITS ATTORNEY,STEPHEN P. DOUGHTY,AND MOVES THIS HONORABLE COURT FOR AN ORDER REMANDING CASE BACK TO THE COURT OF COMMON PLEAS IN ORDER TO AMEND THE DEFAULT JUDGMENT.<br>S/STEPHEN P. DOUGHTY,ATTORNEY FOR PLAINTIFF<br>IT IS SO ORDERED THIS 9TH DAY OF AUGUST,2000<br>SIGNED BY A JUDGE IN THE SUPERIOR COURT |
| 08/09/2000 | FILE REMOVED FROM CLOSED BOX #3 DATE 5/31/00 AND PUT IN FILE DRAWER |
| 09/26/2000 | 09/26/2000 PLAINTIFF(S) ATTORNEY FILED AN**AMENDED*** AFFIDAVIT/MOTION FOR ENTRY OF DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF(S) FOR WANT OF AN ANSWER BY DEFENDANT(S) TIMOTHY WONG<br>DEFAULT JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFF(S) AND AGAINST THE ABOVE NAMED DEFENDANT(S) AS FOLLOWS:<br>PRINCIPAL $ 5,720.32__INTEREST $ 862.56 |

00J-10-057 I-19-018

CERTIFIED AS A TRUE COPY
ATTEST: SHARON AGNEW
PROTHONOTARY
By [signature]

```
             JRT OF COMMON PLEAS - NEW CASTLE COUNTY
                    AS OF 10/03/2000                    PAGE      2

00-02-050
              ATTORNEYS FEES $1,430.08      COURT COSTS $
              TOTAL $ 8,012.96 PLUS COURT COSTS AND POST-JUDGMENT
              INTEREST AT 7.625% PER ANNUM UNTIL SATISFIED
              ***2ND COUNT ***
              PRINCIPAL                    $6,362.79
              INTEREST                        959.51
              ATTORNEY'S FEES               1,590.69
                 TOTAL                     $8,912.99
              PLUS COURT COSTS AND POST-JUDGMENT INTEREST AT 7.625%
              PER ANNUM UNTIL SATISFIED
                ******TOTAL JUDGEMENT******
              TOTAL DEBT                   $12,083.11
              TOTAL INTEREST                1,822.07
              ATTORNEY'S FEES               3,020.77
              TOTAL                        16,925.95
              PLUS COURT COSTS AND POST-JUDGMENT INTEREST AT THE
              ABOVE STATED RATES PER ANNUM UNTIL SATISFIED

09/26/2000    ATTORNEY FOR JUDGMENT CREDITOR FILED A REQUEST
              TO TRANSFER JUDGMENT TO THE SUPERIOR COURT

09/29/2000    TRANSCRIPT ISSUED AND DELIVERED TO PROTHONOTARY AS TO
              DEFENDANT(S) TIMOTHY WONG
```

00J-10-057 I-19-019

FILED PROTHONOTARY 2000 OC -5 AM 9:39

CERTIFIED
AS A TRUE COPY
ATTEST
FREDERICK KIRCH
CLERK
COURT OF COMMON PLEAS
BY /s/ Jan Chalmers

```
                       PERIOR COURT - NEW CASTLE COUNTY
                            AS OF 04/02/2002                    PAGE      1

   00J-10-057
   FILED   October 05, 2000              JUDGMENTS - COURT OF COMMON PLEAS
   JUDGE                                 NON ARBITRATION
                                         NON-JURY TRIAL

DOUGHTY STEPHEN P.           SALLIE MAE SERVICING CORP
                                        -- VS --
                             TIMOTHY WONG

   10/05/2000        1   JUDGMENT FILED 10052000.   I-19-018    CCP           JEH
                         (FILED BY STEPHEN P DOUGHTY, ESQ.)
```

CERTIFIED AS A TRUE COPY
ATTEST: SHARON AGNEW
PROTHONOTARY
BY [signature]

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Praecipe to File Certified Judgment was served upon defendant by depositing same in the United States mail, postage prepaid, this 9th day of May, 2006, addressed to:

**TIMOTHY WONG, M.D.**
2214 Jacqueline Drive, Apt. L32
Wilmington, DE 19810

PATRICIA C. HANNIGAN
Assistant United States Attorney